UTILITIES, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

NELLIE LEWIS, Respondent, v. TERRENCE GILBERT, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CARRIE PRAY, Appellant, v. MAX FRANKLIN, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that the questions of negligence and notice were questions of fact. All concur, except Crouch and Taylor, JJ., who dissent and vote for affirmance. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL D. FRANKLIN, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HERMAN W. HAMILTON, Respondent, v. UTICA PRODUCTS, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal on the law and facts. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CIVIC DISCOUNT CORPORATION, Respondent, v. POLSON MANUFACTURING COMPANY and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MILDRED KITTINGER and Another, Respondents, v. INTERNATIONAL BUS CORPORATION, Appellant.— Order reversed, with costs, and verdict reinstated, with costs, upon the ground that the decision below, as appears from the record, rests upon matters dehors the record. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Probate of the Last Will and Testament of HARRIETT C. MARTIN, Deceased.— Decree affirmed, with one bill of costs to respondents, payable out of the estate. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ. [133 Misc. 80.]

LIBERTY MUTUAL INSURANCE COMPANY, Appellant, v. AMERICAN RADIATOR COMPANY and Another, Respondents.— Motion to dismiss appeal denied. Judgment and order denying motion for a new trial affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HERMAN W. REED, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ELLA LINN, Appellant, v. GEORGE H. STOHR, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of the CITY OF ROCHESTER to Acquire Land for the Extension of Monroe Avenue in Said City.— Determination of commissioners confirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

DEYO OIL COMPANY, INCORPORATED, Respondent, v. ELMER G. PORTER and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

F. L. HEUGHES & COMPANY, INCORPORATED, Appellant, v. HOFFMAN CON-